UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

LESLIE MURPHY FAIN,
        Plaintiff,

v.

**JUDGMENT**

No. 2:17-CV-47-FL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 10, 2019, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted.

**This Judgment Filed and Entered on January 10, 2019, and Copies To:**

Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)

January 10, 2019                      PETER A. MOORE, JR. CLERK
                                              /s/ Susan W. Tripp
                                             (By) Susan W. Tripp, Deputy Clerk